**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | CHAPTER 13 CASE NO: |
| **CHRISTOPHER C NEAL** | **18-12411-JDW** |
| **250 RADER CREEK RD.** | |
| **SARAH, MS 38665** | |

## NOTICE TO DEBTOR

     NOTICE is hereby given that your plan payment will change from **$4,564.50 MONTHLY** to **$4,786.50 MONTHLY** effective in <u>09/2022</u>. The previous plan payment of **$4,564.50 MONTHLY** will be due for **08/2022.**

The reason for the changes in your plan payment is:

\_\_\_\_    Due to a change in your monthly mortgage payment.

\_\_\_\_    Due to a claim being filed for a different amount than scheduled.

<u>XX</u>   Due to entry of an order.    Per Order on Suspension 8/17/22.

\_\_\_\_    Other: _____

     **If you are paying by automatic draft**, please be sure there are sufficient funds in your account to satisfy the new payment.

     **If you are paying via TFS**, it is your responsibility to update the payment amount via the TFS website.

     **If you are paying direct**, please be aware that the Trustee does not accept personal checks. You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date:  August 18, 2022

                                                             Sincerely,

                                                              <u>/s/Locke D. Barkley</u>
                                                              Chapter 13 Trustee

CC:    ROBERT GAMBRELL
           GAMBRELL AND ASSOCIATES
           101 RICKY D BRITT SR BLVD STE 3
           OXFORD, MS 38655

## CERTIFICATE OF SERVICE

      I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  August 18, 2022

                                                /s/ Locke D. Barkley
                                                LOCKE D. BARKLEY
                                                CHAPTER 13 TRUSTEE